AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00429 |
| Daniel Paul Gray | ) Assigned to: Judge Harvey, G. Michael |
| | ) Assign Date: 5/17/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Daniel Paul Gray,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress,
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Knowingly Engages in Disorderly or Disruptive Conduct in Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) - Knowingly Engages in any act of Physical Violence against any person or property in any Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Violent Entry and Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(F) - Engaging in an act of physical violence in the Grounds or any of the Capitol Building,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Buildings,
18 U.S.C. § 111(a)(1) - Forcibly assault, resist, oppose, impede, intimidate, or interfere with a designated person while that person is engaged in the performance of official duties,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

Date:  5/17/2021

Digitally signed by G. Michael Harvey
Date: 2021.05.17 11:58:16 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/17/21, and the person was arrested on *(date)* 5/18/21
at *(city and state)* Jacksonville, FL.

Date: 6/1/21

*Arresting officer's signature*

Benjamin Fulp / Special Agent
*Printed name and title*