# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 21-mj-429(GMH) |
| | : | |
| v. | : | |
| | : | |
| **DANIEL GRAY** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its July 9, 2021, discovery letter in this case, which was served as an attachment via ECF on counsel for the defendant.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:  /s/
Vivien Cockburn
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
Vivien.Cockburn@usdoj.gov
(202) 252-7245

## CERTIFICATE OF SERVICE

On this 9th day of July, 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/
Vivien Cockburn
Assistant United States Attorney