AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00429 |
| Daniel Paul Gray | ) Assigned to: Judge Harvey, G. Michael |
| | ) Assign Date: 5/17/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____**Daniel Paul Gray**_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress,
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Knowingly Engages in Disorderly or Disruptive Conduct in Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) - Knowingly Engages in any act of Physical Violence against any person or property in any Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Violent Entry and Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(F) - Engaging in an act of physical violence in the Grounds or any of the Capitol Building,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Buildings,
18 U.S.C. § 111(a)(1) - Forcibly assault, resist, oppose, impede, intimidate, or interfere with a designated person while that person is engaged in the performance of official duties,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

Date:   5/17/2021                                                      Digitally signed by G. Michael Harvey
                                                                       Date: 2021.05.17 11:58:16 -04'00'
                                                                       *Issuing officer's signature*

City and state:    Washington, D.C.                G. Michael Harvey, U.S. Magistrate Judge
                                                   *Printed name and title*

### Return

This warrant was received on *(date)* 5/17/21, and the person was arrested on *(date)* 5/18/21
at *(city and state)* Jacksonville, FL.

Date: 6/1/21

*Arresting officer's signature*

Benjamin Fulp / Special Agent
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                                    Case No. 3:21-mj-1296-JBT

**DANIEL PAUL GRAY**                        Defense Atty.: Maurice C. Grant, II, Esquire
                                                                          AUSA: Laura Cofer Taylor

| JUDGE | Joel B. Toomey<br>U. S. Magistrate Judge | DATE AND TIME | 5/19/2021<br>3:07 p.m. – 3:31 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Tracee Perrotti | TAPE/REPORTER | Digital |
| INTERPRETER | None present | PRETRIAL/PROBATION: | Kimberly Barrett |

CLERK'S MINUTES

**PROCEEDINGS:**     **INITIAL APPEARANCE - RULE 5(c)(3)**

Defendant arrested on an arrest warrant out of the District of Columbia on a Complaint.

Defendant requested court appointed counsel.   Defendant placed under oath and questioned regarding her financial affidavit. The Court finds Defendant unable to afford counsel and appoints the Federal Public Defender.   **Order to enter.**

Defendant advised of the charges, penalties, special assessment and forfeiture provision.

Government's oral motion for bond is **GRANTED.**

Unsecured Appearance Bond set in the amount of $25,000.00 with no deposit required to the Registry of the Court.

Preliminary/Identity Hearing set on **May 24, 2021 at 11:00 a.m.**

**Order Setting Conditions of Release to enter.**

**Filed in Open Court:**
     **CJA 23 Financial Affidavit**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.

**DANIEL PAUL GRAY**

ORDER SETTING CONDITIONS OF RELEASE

Case No. 3:21-mj-1296-JBT

**IT IS ORDERED** that the release of the Defendant is subject to the following conditions:

(1) The Defendant **shall not commit** any offense in violation of federal, state or local law while on release in this case and shall report any violations, arrests or convictions to the U.S. Pretrial Services Office immediately.

(2) The Defendant shall report any contact with any law enforcement personnel, including but not limited to, any arrest, questioning, or traffic stop to Pretrial Services.

(3) The Defendant **shall reside at the address provided to the Court and not change his address without prior permission from Pretrial Services.**

(4) The Defendant **shall appear** at all proceedings as required and shall surrender for service of any sentence imposed as directed. The Defendant shall next appear **on May 24, 2021 at 11:00 a.m., before the Honorable Joel B. Toomey, 300 North Hogan Street, Courtroom 5A, Jacksonville, Florida 32202.**

## ADDITIONAL CONDITIONS OF RELEASE

In order reasonably to assure the appearance of the Defendant and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of Defendant is subject to the conditions set forth below:

(5) **Financial Conditions:**

The Defendant shall execute an **unsecured** bond binding Defendant to pay the United States of America the sum of **$25,000.00, with no money deposited with the Registry of the Clerk of Court.** This bond is to secure attendance of Defendant in the event of a failure to appear as required or to surrender as directed

1

for service of any sentence imposed or for failure to obey any and all of the other conditions of release imposed herein.

(6) **Specific Conditions: The Defendant shall**

    A.    Report on a regular basis to the Pretrial Services Office as directed by the Pretrial Services Officer.

    B.    Not travel outside the Middle District of Florida, with the exception of Washington, DC for court and attorney visits only. Defendant's travel may be modified by the Pretrial Services Officer.

    C.    Refrain from possessing a firearm, destructive device, or other dangerous weapon.

    D.    Refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.

    E.    Undergo drug testing, urinalysis testing, education, and treatment as directed by the Pretrial Services Office.

    F.    Submit to any method of testing required by the Pretrial Services Office or the Supervising Officer for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall be financially responsible for this program to the extent determined by the Pretrial Services Office.

    G    Refrain from obstructing or attempting to obstruct, adulterate, dilute or tamper in any fashion, with the efficiency and accuracy of any prohibited substance testing that is required as a condition of release.

    H.    Surrender your United States passport and passports from any other countries, including expired passports, to the Clerk of Court by **May 21, 2021.** Not apply for or obtain a new or replacement passport, or any other travel document.

    I.    Participate in the global positioning system under the direction of the Pretrial Services Office. Costs to be borne by the Defendant at the direction of the Pretrial Services Office.

## ADVICE OF PENALTIES AND SANCTIONS

**TO THE DEFENDANT:**

**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1)   an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2)   an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)   any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)   a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the Defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: 5/19/2021

_____
Signature of Defendant

2113 Ireland Dr
Address

Neptune beach FL
City and State

## DIRECTIONS TO UNITED STATES MARSHAL

(X)  The Defendant is **ORDERED** released after processing.

( )  The United States Marshal is **ORDERED** to keep the Defendant in custody until notified by the clerk or judicial officer that the Defendant has posted bond and/or complied with all other conditions of release. The Defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 5-19-21

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Assistant U.S. Attorney (Taylor)
Federal Public Defender
U.S. Marshals Service
U.S. Pretrial Services
Defendant

-4-

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                                              Case No. 3:21-mj-1296-JBT

DANIEL PAUL GRAY
_____

**O R D E R**

The Court has examined Defendant **DANIEL PAUL GRAY** under oath and found him without sufficient resources within the meaning of Title 18, United States Code, Section 3006A to employ counsel, and the Federal Defender's Office is hereby appointed to represent Defendant.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of May, 2021.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Assistant U.S. Attorney (Taylor)
Federal Public Defender

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                                                           Case No. 3:21-mj-1296-JBT

**DANIEL PAUL GRAY**                              Defense Atty.: Maurice C. Grant, II, Esquire
                                                                                    AUSA: Laura Cofer Taylor

| JUDGE | Joel B. Toomey<br>U. S. Magistrate Judge | DATE AND TIME | 5/24/2021<br>11:02 a.m. – 11:04 a.m. |
|---|---|---|---|
| DEPUTY CLERK | Tracee Perrotti | TAPE/REPORTER | Digital |
| INTERPRETER | None present | PRETRIAL/PROBATION: | None present |

CLERK'S MINUTES

PROCEEDINGS:                    IDENTITY/PRELIMINARY

Defendant is present with court appointed counsel Maurice C. Grant, II, Esquire.

Defense counsel advised the Court that Defendant waived his right to an identity and preliminary hearing.

Defendant placed under oath and questioned pertaining to waiving such rights.

After Court's inquiry, Court finds Defendant knowingly, intelligently, voluntarily and freely waived his right to identity and preliminary hearing.

**Removal Order to enter.**

**FILED IN OPEN COURT:**
    **Waiver of Rule 5(c)(3) Hearings**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                                    CASE NO:   3:21-mj-1296-JBT

DANIEL PAUL GRAY

## ORDER

Defendant appeared before this Court pursuant to Rule 5(c)(3), Fed.R.Crim.P., having been arrested on a warrant issued by the District of Columbia. Defendant was advised of the charges and the maximum penalties. He was also advised of his rights, including his right to counsel. Counsel was appointed and Defendant waived his rights to an identity hearing and a preliminary hearing.

Accordingly, it is hereby **ORDERED**:

1. Defendant, having been released on conditions, is directed to appear before the Honorable Zia M. Faruqui, United States Magistrate Judge, on June 1, 2021 at 1:00 p.m., via Zoom videoconference.

2. The Clerk of Court shall transmit to the District of Columbia any appropriate documentation from the file and then close this file.

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of May, 2021.

JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Asst. U. S. Attorney (Taylor)
Asst. Federal Public Defender (Grant)
U. S. Marshals Service
U. S. Pretrial Services
Defendant

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Bryan Simpson United States Courthouse
300 North Hogan Street Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren | Jim Leanhart |
| Clerk of Court | Jacksonville Division Manager |

**UNITED STATES OF AMERICA**

VS.  CASE NO: 3:21-mj-1296-JBT

**DANIEL PAUL GRAY**

### NOTICE OF SURRENDERED U.S. PASSPORT

To: U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
PO Box 1227
Sterling, VA 20166-1227

**PURSUANT** to the Court's order entered on May 19, 2021 in the above styled case, the Defendant's passport, **Number 3753** was surrendered to the custody of the Clerk of Court on May 24, 2021. The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

| | |
|---|---|
| Defendant's date of birth: | 1980 |
| Defendant's place of birth: | United Kingdom |
| Passport received from: | Daniel Paul Gray |
| Passport issued to: | Daniel Paul Gray |
| Date of issuance: | April 3, 2011 |

ELIZABETH M. WARREN, CLERK

By *Katherine Maldonado*
Katherine Maldonado, Deputy Clerk

May 24, 2021

Original to Case File
c: Counsel and Unrepresented Defendant
Pretrial Services (if before Judgment)
Probation Office (if after Judgment)
Appropriate Agency Listed Above
Passport Coordinator

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Bryan Simpson United States Courthouse
300 North Hogan Street Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Jim Leanhart<br>Jacksonville Division Manager |

**UNITED STATES OF AMERICA**

VS.                                         CASE NO: 3:21-mj-1296-JBT

**DANIEL PAUL GRAY**

---

### NOTICE OF SURRENDERED FOREIGN PASSPORT

To:   U.S. Dept. Of Homeland Security
      Immigration and Customs Enforcement
      Attn: Christine Church
      Supervisory Detention and Deportation Officer
      9495 Delegates Drive
      Orlando, Florida 32873

**PURSUANT** to the Court's order entered on May 19, 2021 in the above styled case, the Defendant's passport, **issued from United Kingdom, Number 5546** was surrendered to the custody of the Clerk of Court on May 24, 2021. The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

| | |
|---|---|
| Defendant's date of birth: | 1980 |
| Defendant's place of birth: | United Kingdom |
| Passport received from: | Daniel Paul Gray |
| Passport issued to: | Daniel Paul Gray |
| Date of issuance: | June 13, 1998 |

ELIZABETH M. WARREN, CLERK

By *Katherine Maldonado*
Katherine Maldonado, Deputy Clerk

May 24, 2021

Original to Case File
c:   Counsel and Unrepresented Defendant
     Pretrial Services (if before Judgment)
     Probation Office (if after Judgment)
     Appropriate Agency Listed Above
     Passport Coordinator

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

FILED IN OPEN COURT
5-24-2021
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:21-mj-1296-JBT |
| DANIEL PAUL GRAY | ) | |
| | ) | Charging District's Case No. 21-mj-429 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* ____District of Columbia____.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
  ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: May 24, 2021

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Maurice C. Grant, II
*Printed name of defendant's attorney*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case No. 3:21-mj-1296-JBT

DANIEL PAUL GRAY

## UNSECURED APPEARANCE BOND

**NON-SURETY:** I, the undersigned defendant acknowledge that I and my personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 25,000.00, and there has **NOT** been a deposit into the Registry of the Court. This bond is to secure attendance of defendant at all further proceedings as well as to secure compliance with all other conditions of the Order Setting Conditions of Release.

The conditions of this bond are that the defendant **DANIEL PAUL GRAY** is to appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in defendant's case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered, or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion of such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on **May 19, 2021** at Jacksonville, Florida.

Defendant _____  Address _2113 Orleando Dr_
Surety _____      Address _Neptune Beach FL_
Surety _____      Address _____

Signed and acknowledged before me on May 19, 2021.

Deputy Clerk: _Tracie S. Perrotti_

Parties notified

Query   Reports   Utilities   Help   What's New   Log Out

# U.S. District Court
## Middle District of Florida (Jacksonville)
## CRIMINAL DOCKET FOR CASE #: 3:21-mj-01296-JBT All Defendants

| | |
|---|---|
| Case title: USA v. Gray | Date Filed: 05/19/2021 |
| | Date Terminated: 05/24/2021 |

Assigned to: Magistrate Judge Joel B. Toomey

**Defendant (1)**

| | | |
|---|---|---|
| **Daniel Paul Gray**<br>*TERMINATED: 05/24/2021* | represented by | **Maurice C. Grant , II**<br>Federal Public Defender Florida Middle<br>200 W. Forsyth Street<br>Ste 1240<br>Jacksonville, FL 32202<br>904-232-3039<br>Fax: 904-232-1937<br>Email: maurice_grant@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1512.F TAMPERING OR DESTRUCTION OF RECORDS AND DOCUMENTS, 18:1752.P RESTRICTED BUILDING OR GROUNDS, 40:5104E.M VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS, | |

18:111.F ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES, 18:231.F CIVIL DISORDER

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Laura Cofer Taylor**<br>US Attorney's Office - FLM*<br>Suite 700<br>300 N Hogan St<br>Jacksonville, FL 32202<br>904-301-6249<br>Email: Laura.C.Taylor@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2021 | 1 | Arrest pursuant to Rule 5(c)(3) of Daniel Paul Gray from the District of Columbia. (TSP) (Entered: 05/19/2021) |
| 05/19/2021 | 2 | Minute Entry for In Person proceedings held before Magistrate Judge Joel B. Toomey: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 5/19/2021 as to Daniel Paul Gray from the District of Columbia. (Digital) (TSP) (Entered: 05/19/2021) |
| 05/19/2021 | 3 | ORAL MOTION to Appoint Counsel by Daniel Paul Gray. (TSP) (Entered: 05/19/2021) |
| 05/19/2021 | 4 | ORAL MOTION for Bond by USA as to Daniel Paul Gray. (TSP) (Entered: 05/19/2021) |
| 05/19/2021 | 5 | ***CJA 23 Financial Affidavit by Daniel Paul Gray. (TSP) (Entered: 05/19/2021) |
| 05/19/2021 | 6 | Unsecured Appearance BOND entered as to Daniel Paul Gray in amount of $25,000.00 with no deposit required to the Registry of the Court. (TSP) (Entered: 05/19/2021) |
| 05/19/2021 | 7 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER (granting 3 oral motion to appoint counsel) as to Daniel Paul Gray. Signed by Magistrate Judge Joel B. Toomey on 5/19/2021. (TSP)** (Entered: 05/19/2021) |
| 05/19/2021 | 8 | **ORDER Setting Conditions of Release (granting 4 oral motion for bond) as to Daniel Paul Gray (1) Unsecured Appearance Bond. Signed by Magistrate Judge Joel B. Toomey on 5/19/2021. (TSP)** (Entered: 05/19/2021) |
| 05/19/2021 | 9 | NOTICE OF HEARING as to Daniel Paul Gray: Preliminary/Identity Hearing set for 5/24/2021 at 11:00 AM in Jacksonville Courtroom 5 A before Magistrate Judge Joel B. Toomey. (TSP) (Entered: 05/19/2021) |
| 05/24/2021 | 11 | Receipt for Surrender of Passport as to Daniel Paul Gray Passport Number 3753 issued by United States (KEM) (Entered: 05/24/2021) |
| 05/24/2021 | 12 | Receipt for Surrender of Passport as to Daniel Paul Gray Passport Number 5546 issued by United Kingdom (KEM) (Entered: 05/24/2021) |
| 05/24/2021 | 13 | Minute Entry for In Person proceedings held before Magistrate Judge Joel B. Toomey: Identity and Preliminary Hearing as to Daniel Paul Gray held on 5/24/2021. (Digital) (TSP) Modified on 5/24/2021 (TSP). (Entered: 05/24/2021) |

| | | |
|---|---|---|
| 05/24/2021 | 14 | WAIVER of Rule 5 & 5.1 Hearings hearing by Daniel Paul Gray. (Filed in Open Court) (TSP) (Entered: 05/24/2021) |
| 05/24/2021 | 15 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to Daniel Paul Gray. Signed by Magistrate Judge Joel B. Toomey on 5/24/2021. (TSP)** (Entered: 05/24/2021) |
| 05/24/2021 | | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Daniel Paul Gray regarding your case number: 21-mj-429. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (TSP) (Entered: 05/24/2021) |