UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-495 (ABJ) |
| v. : | |
| : | |
| DANIEL PAUL GRAY, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

Upon consideration of the Defense's Consent Motion to Continue the status conference scheduled for March 7, 2022, it is this ___ day of _____, 2022 hereby

**ORDERED**, that the Motion to Continue the status conference is **GRANTED** and the Status Conference will be continued until _____, 2022 at _____; and it is

**FURTHER ORDERED** that pursuant to the Motion to Continue, the time from March 7, 2022, to _____, 2022, will be excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) as the exclusion would serve the ends of justice and outweigh the interest of the public and of Mr. Gray in a speedy trial.

**SO ORDERED**

_____        _____
DATE                                                        **HONORABLE AMY BERMAN JACKSON**
**UNITED STATES DISTRICT JUDGE**

2