# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | CASE NO. 21-cr-495 (ABJ) |
| : | |
| **DANIEL GRAY,** : | |
| : | |
| **Defendant** : | |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Daniel Honold, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully Submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   */s/ Daniel Honold*
Daniel Honold
Assistant United States Attorney
N.Y. Bar Number 5406715
601 D Street, N.W.
Washington, D.C. 20530
202-252-6898
Daniel.Honold@usdoj.gov