# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.   ) | No. 21-495 (ABJ) |
| ) | |
| **DANIEL PAUL GRAY,** ) | |
| ) | |
| **Defendant.**   ) | |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL

Defendant, Daniel Gray, through counsel, respectfully requests that the Court permit undersigned counsel to withdraw as attorney of record. Undersigned counsel submits as follows:

1. Mr. Gray notified me that he retained counsel in this matter and that the new attorney would be filing his notice of appearance. On July 30, 2022, John Pierce noticed his appearance in the case.

2. Based on the above, undersigned counsel respectfully requests that the Court allow her to withdraw as counsel of record.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Maria N. Jacob
D.C. Bar No. 1031486
Assistant Federal Public Defender

625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Maria_Jacob@fd.org