UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DANIEL GRAY,<br><br>Defendant. | Case No. 1:21-cr-00495-ABJ<br><br>**DEFENDANT GRAY'S REPLY REGARDING RETURN OF PROPERTY** |

Daniel Gray ("Gray"), by and through undersigned counsel, hereby replies to the government's response (ECF #48) to his motion (ECF #46) for return of his property.

Gray seeks return of both his cell phone and his Springfield handgun. The United States has agreed to return a download of Gray's cell phone data, and Gray's defense team has sent a flash drive for recovery of this download.

However, the United States still maintains wrongful possession of Gray's firearm. The firearm has no relation to this case and was unlawfully taken by the FBI from Gray's vehicle at the time of Gray's arrest.

Gray has no firearm disabilities other than the mere fact of being charged in this case. Gray is presumed innocent. Gray is willing to stipulate to have the firearm delivered to the possession of his father.

The United States has no right or authority under the law to retain possession of Gray's firearm.  Yet the United States with a concocted strawman argument, suggesting that Gray's motion for the return of property should be construed as a motion "for a change of release conditions masked as a Rule 41(g) motion."

Gray is <u>not</u> moving for change of release conditions.  The United States has no right to retain possession of Gray's firearm.

Dated: October 15, 2022

Respectfully Submitted,
/s/ John M. Pierce
John M. Pierce
21550 Oxnard Street
3rd. Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com
*Attorney for Defendant*

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify and attest that on October 20, 2022, I caused this document to be uploaded and filed in this case, using the electronic filing system established by the Court. By doing so, I automatically served the document to counsel for the United States.

/s/ John M. Pierce

John M. Pierce
