UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| DANIEL GRAY, | : | Case No. 21-cr-495 (ABJ) |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now co-assigned to Assistant United States Attorney Samantha R. Miller.

Respectfully submitted,

Matthew M. Graves
United States Attorney

*/s/ Samantha R. Miller*
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No.: 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20001
Samantha.Miller@usdoj.gov