UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-495 (ABJ) |
| | : | |
| **DANIEL GRAY,** | : | |
| | : | |
| Defendant. | : | |

# NOTICE

Pursuant to the Court's 8/4/23 order on the Motion to Withdraw, counsel hereby provides notice to the Court that the Defendant has been served with the motion, the Court's 8/4/23 minute order, and CJA paperwork pursuant to Rule 44.5(d). In addition, counsel has been informed that the prior federal defender on this case, Maria Jacob, is prepared to resume representation. However, she did indicate that she and her office would need some additional time to prepare for trial greater than that provided on the current schedule. That is the only reason she has not yet entered a notice of appearance. Counsel also respectfully informs that Court that he did indicate to the Magistrate Judge in the Kastner case that the continued trial date he agreed to in that case was only workable assuming that the motion to withdraw in this case was granted. If it is not granted, counsel will let that Court know that the Kastner date will need to be further continued.

Date: August 7, 2023

Respectfully Submitted,

*/s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email:jpierce@johnpiercelaw.com
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on August 7, 2023, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

*/s/ John M. Pierce*
John M. Pierce